Receipt #72519
CK# 109

FILED
U.S. BANKRUPTCY COURT
2010 OCT 13 PM 3:55
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: PANTONE, JOSEPH & LORI ) CASE NO. 07-42039

DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 109 in the amount of $4.26.

The dividend relates to the following claimant:

Claimant: | Amount:

WRCS
P.O. Box 2856
Raleigh, NC 27602      $4.26

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)