*Receipt # 72572*
*CK # 110*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 NOV -3 PM 3: 05
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: PANTONE, JOSEPH & LORI | ) | CASE NO. 07-42039 |
| | ) | HON. KAY WOODS |
| DEBTOR | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Richard G. Zellers, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    GE Commercial Distribution Finance    $1,012.97
    3225 Cumberland Blvd., Suite 830
    Atlanta, GA  30339

2. Your Trustee's Check for $1,012.97 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 11/2/10

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 STARRS CENTER DR.
CANFIELD, OH 44406
330-702-0780